UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY E. SCOTT, | Case No. C06-0839-JCC-JPD |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| NORMAN MALENG, et al., | |
| Defendants. | |

On July 21, 2006, the Court declined to serve plaintiff's complaint because it failed to state a claim upon which relief could be granted. Dkt. No. 14. The Court, however, gave plaintiff thirty days to file an amended complaint that corrected the deficiencies therein. This matter comes before the Court upon plaintiff's motion for extension of time to file an amended complaint. Dkt. No. 16. Having carefully reviewed plaintiff's motion and the record, the Court ORDERS as follows:

(1) Plaintiff's motion for extension of time to file an amended complaint (Dkt. No. 16) is GRANTED. Plaintiff shall have **until September 1, 2006**, to file an amended complaint. Plaintiff is reminded that the amended complaint must comply with the standards described in the Court's July 21, 2006, order declining to serve. Dkt. No. 14.

/ / /

/ / /

ORDER
PAGE -1

01        (2)     The Clerk is directed to send a copy of this order to plaintiff and to the
02 Honorable John C. Coughenour.
03        DATED this 2nd day of August, 2006.

                                        s/ James P. Donohue
                                        United States Magistrate Judge

ORDER
PAGE -2