# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| TIMOTHY E. SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NORMAN MALENG, et al.,<br><br>　　　　　Defendant. | C06-839 JCC - JPD<br><br>**ORDER RENOTING MOTION** |

The defendant's Motion to Dismiss (dkt #23) is hereby RE-NOTED to Friday, November 3, 2006.

Dated this 27th day of October, 2006.

*/s/ James P. Donohue*
James P. Donohue
U.S. Magistrate Judge

**MINUTE ORDER**