UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY E. SCOTT, )  Case No. C06-839-JCC-JPD
        Petitioner, )
    v. ) ORDER GRANTING PETITIONER'S
) MOTION FOR EXTENSION OF
NORMAN MALENG, et al., ) TIME TO FILE § 2254 PETITION
        Respondents. )

The Court, having reviewed Petitioner's Motion for Extension of Time to File and the balance of the record, does hereby find and ORDER:

(1) Petitioner's Motion for Extension of Time to File his § 2254 petition (Dkt. No. 31) is GRANTED.

(2) Petitioner's § 2254 petition is due **on or before November 16, 2006**.

(3) The Clerk of the Court is instructed to send copies of this Order to the Petitioner and counsel for the Respondent.

DATED this 31st day of October, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PETITIONER'S MOTION FOR
EXTENSION OF TIME TO FILE § 2254 PETITION